IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| TERRANCE′ AKINS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 14-1040-JDT-egb |
| | ) | |
| CORRECTIONS CORPORATION OF AMERICA, ET AL., | ) ) | |
| | ) | |
|     Defendants. | ) | |

ORDER DIRECTING COUNSEL TO PROVIDE INFORMATION NEEDED
TO SERVE DEFENDANT BREITLING

The *pro se* prisoner Plaintiff, Terrance′ Akins, filed this complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On August 15, 2014, the Court partially dismissed the complaint and directed that process be issued for Defendants Corrections Corporation of America, Michael Bradshaw, Dr. Melissa Breitling, and Alicia Cox. (ECF No. 9.) All except for Defendant Breitling have been served. Attempts to serve Breitling at two different prison facilities were returned unexecuted with a notation that she was no longer employed at either facility. (ECF Nos. 13 & 30.)

The law firm of Pentecost and Glenn, PLLC, counsel of record for the other Defendants in this case, also currently represents Defendant Breitling in another case in this Court, *Bradfield v. Easterling, et al.*, No. 12-1248-JDT-egb (W.D. Tenn. filed Oct. 26, 2012). Therefore, counsel is ORDERED to advise the Court, within ten (10) days after the date of

this order, whether Defendant Breitling will waive service of process. If Defendant Breitling does not waive service of process, counsel is ORDERED to provide information to the Court concerning where she may be served. If it is necessary to provide a home address, that information should be provided *ex parte* and under seal.

IT IS SO ORDERED.

 s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE